MORTON *v.* GEORGIA RAILWAY AND ELECTRIC COMPANY.

BECK, J. 1. The plaintiff's husband while in the service of the defendant received injuries from which he died. After the injury and before his death he voluntarily settled with the defendant for the injuries received, and executed a release discharging the defendant from all liability for the damages resulting from his injuries. Under these facts and the ruling in the case of *Southern Bell Telephone &c. Co.* v. *Cassin,*

111 *Ga.* 575 (36 S. E. 881, 50 L. R. A. 694), a verdict for the defendant was demanded.

2. A majority of the court declines, upon review, to disturb the ruling made in the *Cassin* case.

*Judgment affirmed. All the Justices concur; Evans, P. J., and Lumpkin, J., specially.*

JULY 13, 1916.

Action for damages. Before Judge Pendleton. Fulton superior court. April 21, 1915.

*Eb. T. Williams* and *A. H. Davis,* for plaintiff.

*Colquitt & Conyers,* for defendant.